IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   January 17, 2023

| | |
|---|---|
| **SINCERE TERRY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No.  CIV-22-522-SLP |
| ) | |
| **JOHN O'CONNOR, in his official** ) | |
| **Capacity as Oklahoma Attorney** ) | |
| **General, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

ENTER ORDER:

Case transferred to the Honorable Charles Goodwin

HEREAFTER, PLEASE REFER TO CASE AS CIV-22-522-G

Please note that for future filings in this case, **the letters at the end of the number should now be a "G" rather than a "SLP".**  This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Judge Scott L. Palk we have entered the above enter order.

                                                  Carmelita Reeder Shinn, Clerk

                                                  By:  /s/  Marcia J. Seale
                                                            Deputy Clerk

cc:    counsel of record