# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SINCERE TERRY et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-22-522-G |
| | ) |
| **CITY OF OKLAHOMA CITY,** | ) |
| **OKLAHOMA, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court are a Motion to Strike (Doc. No. 29) and two Motions to Dismiss (Doc. Nos. 32, 35), filed regarding Plaintiffs' original Complaint (Doc. No. 1). Plaintiffs have now timely filed an Amended Complaint (Doc. No. 39). Plaintiffs' Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motions (Doc. Nos. 29, 32, 35) are DENIED AS MOOT.

IT IS SO ORDERED this 26th day of September, 2023.

_____
CHARLES B. GOODWIN
United States District Judge