# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SINCERE TERRY et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    Case No. CIV-22-522-G |
| | ) |
| **CITY OF OKLAHOMA CITY,** | ) |
| **OKLAHOMA, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Now before the Court is Plaintiffs' Motion for Status Conference (Doc. No. 60), seeking a hearing to address the status of the case and motions pending before the Court.[1] Orders on the pending motions are forthcoming, and the Court does not believe that a status conference would be helpful at this time. If a status conference or other hearing becomes necessary, the Court will set such a hearing by separate order. Accordingly, Plaintiffs' Motion (Doc. No. 60) is DENIED at this time.

IT IS SO ORDERED this 30th day of September, 2024.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge

---

[1] Plaintiffs' Motion represents that "Defendants do not object to the relief requested." *See* Pls.' Mot. at 2. Defendant Prater later filed an Objection (Doc. No. 61), however, representing that if he had known that Plaintiffs intended to attach affidavits to the instant Motion, *see* Doc. Nos. 60-1, 60-2, 60-3, 60-4, 60-5, 60-6, he would have objected to the Motion. Defendant's objection is noted.