UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SINCERE TERRY, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF OKLAHOMA CITY, OKLAHOMA, et al.<br><br>*Defendants*. | Case No. 5:22-cv-522-C<br><br>Hon. Charles B. Goodwin |

## STATUS REPORT

On March 27, 2025, this Court ordered consideration of Defendants' Motions to Dismiss [Doc. 40–42] stayed and abated pending the Oklahoma Court of Criminal Appeals ("OCCA") answer to a question of state law certified by the Tenth Circuit U.S. Court of Appeals in *Terry I*. Order at *5 [Doc. 66] (W.D. Okla. Mar. 27, 2025). The Court further directed Plaintiffs to notify the Court "within seven (7) days of the Oklahoma Court of Criminal Appeals' issuance of any orders or opinion on the certified question in *Terry I*." *Id.*

Therefore, Plaintiffs file this status report to notify the Court that OCCA last week, on July 17, issued its answer to the Tenth Circuit's certified question of state law. OCCA answered the question in the negative. The OCCA's opinion and the concurring opinion are attached to this report as Exhibit 1.

1

| | |
|---|---|
| Dated this 24th of July, 2025. | Respectfully submitted,<br>*s/ Devraat Awasthi* |
| Claudia Wilner* | Devraat Awasthi (OBA No. 35544) |
| Anjana Malhotra* | Megan Lambert (OBA No. 33216) |
| NATIONAL CENTER FOR LAW & ECONOMIC JUSTICE | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA |
| 50 Broadway, Suite 1500, | P.O. Box 13327 |
| New York, NY 10004 | Oklahoma City, OK 73113 |
| (212) 633-6967 | (405) 286-1291 |
| wilner@nclej.org | dawasthi@acluok.org |
| malhotra@nclej.org | mlambert@acluok.org |
| | Thomas E. Riley* |
| | HERBERT SMITH FREEHILLS KRAMER NEW YORK LLP |
| | 200 Park Ave., 16th Floor |
| | New York, NY 10166 |
| | thomas.riley@hsf.com |
| | *Counsel for Plaintiffs*<br>*Admitted pro hac vice |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically filed Plaintiffs' Motion for Status Conference with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

/s/ Devraat Awasthi
Devraat Awasthi