**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SINCERE TERRY et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-522-G** |
| | ) | |
| **CITY OF OKLAHOMA CITY, OKLAHOMA, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Now before the Court is a Motion to Vacate Stay (Doc. No. 91) filed by Plaintiffs[1] in this 42 U.S.C. § 1983 action ("*Terry II*"). Plaintiffs represent that their request is not opposed by Defendants.[2]

Plaintiffs herein were also the plaintiffs in a related lawsuit, "*Terry I*," which was filed concurrently in this Court. *See Terry v. Drummond*, No. CIV-22-521-G (W.D. Okla.). In *Terry I*, after the Court denied the plaintiffs' request for a preliminary injunction, the plaintiff appealed to the Tenth Circuit Court of Appeals. *See Terry v. Drummond*, 717 F. Supp. 3d 1106 (W.D. Okla. 2024). The Court then directed that the pending motions to dismiss in the instant case to be stayed and held in abeyance while that appeal was being

[1] The plaintiffs are Sincere Terry, Mia Hogsett, Tyreke Baker, Preston Nabors, Trevour Webb, and Austin Mack.

[2] Defendants are: City of Oklahoma City, Oklahoma; Oklahoma City Police Department officer Thomas VanNort, in his individual capacity; Oklahoma County District Attorney Vicki Behenna, in her official capacity; and former Oklahoma County District Attorney David Prater, in his individual capacity.

determined. *See* Order of Mar. 27, 2025 (Doc. No. 66); *see also* Order of Mar. 30, 2026 (Doc. No. 89).

On July 28, 2026, the Tenth Circuit affirmed this Court's ruling in *Terry I*. *See Terry v. Drummond*, 183 F.4th 1281 (10th Cir. 2026). The *Terry I* plaintiff thereafter voluntarily dismissed their lawsuit. *See Terry I*, ECF No. 53.

In light of the foregoing, unopposed Plaintiffs' Motion to Vacate Stay (Doc. No. 91) is GRANTED. The stay is hereby LIFTED as to the Motions to Dismiss (Doc. Nos. 40, 41, 42), and the motions shall be decided in due course.

IT IS SO ORDERED this 23rd day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge